UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

Case No.: 09–19532 – JS    Chapter: 13

Dwayne Nicholson

Dated: 12/17/09

Dear Sir/Madam:

Proof of Claim No.2 filed on 12/16/09 has been entered in Case No. 09–19532 , but appears to be defective. A review of the proof of claim indicates the following:

- ☐ Duplicate of claim number
- ☐ Amount stated on pdf of proof of claim does not correspond with amount entered in CM/ECF
- ☐ Proof of claim filed in incorrect case
- ☑ Other – Proof of Claim form

Please take the appropriate action to correct the referenced proof of claim within ten (10) days of the date of this notification.

Sincerely,

Mark D. Sammons, Clerk of Court
by Deputy Clerk, S James(410) 962–2688